LARKINS EX REL. v. HANCOCK CIRCUIT COURT, OFFUTT, JUDGE.

[No. 0-560. Filed May 1, 1959.]

*William R. Larkins, pro se.*

PER CURIAM—The above named petitioner has filed in this court a paper designated "Verified Petition for Writ of Mandamus," complaining that a trial court failed to grant his application for a change of venue.

The petition is denied for failure to comply with Rule 2-35 of this Court, requiring that certified copies of all pleadings, orders and entries pertaining to the subject matter in the trial court be filed with the petition.

NOTE.—Reported in 158 N. E. 2d 166.